In the Matter of JANINE W., Appellant.— Order unanimously reversed and petition dismissed. Memorandum: With commendable fairness the County Attorney has conceded that *People* v. *Duke, People* v. *Acker,* and *People* v. *Vargas,* reported together at 23 N Y 2d 780, are here controlling. In the light of these decisions, the record does not establish that the infant was a wayward minor. (Appeal from order of Onondaga Family Court adjudicating respondent to be a wayward minor.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

LOUISE R. SOLON, Suing on Behalf of Herself as a Stockholder of HAYKEL INDUSTRIES, INC., Respondent, v. HAYKEL INDUSTRIES, INC., et al., Appellants, et al., Defendants.— Motion denied, with costs. Memorandum: It is recognized that upon a proper showing an appellate court may permit an appellant to withdraw an appeal (10 Carmody-Wait, New York Practice, § 70:246). No such proof has been presented by movants. It is reasonably clear that all parties to the stipulation contemplated that the respective appeals should be effectively terminated by dismissal thereof. Defendants have submitted no facts that move us to amend our former order.